

# Fourth Court of Appeals
## San Antonio, Texas

December 31, 2019

No. 04-19-00784-CV

**KARGES-FAULCONBRIDGE, INC.**,
Appellant

v.

Keath **GARRISON** and Kassie Garrison,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI00853
Honorable Laura Salinas, Judge Presiding

# O R D E R

The court requests a response to the motion for rehearing filed by appellant, Karges-Faulconbridge, Inc. *See* TEX. R. APP. P. 49.2. We order appellees' responses due **January 10, 2020**.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of December, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court